IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Frederick E. Bouchat

**Plaintiff(s)**

vs.

National Football League Properties, LLC, et al

**Defendant(s)**

Case No.: 11-CV-2878-MJG

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrea W. Trento, am a member in good standing of the bar of this Court.

My bar number is 28816  I am moving the admission of Todd Anten to appear *pro hac vice* in this case as counsel for NFL Properties LLC and National Football League Properties, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York (7/24/07) | S.D.N.Y. (10/30/07) |
|  | E.D.N.Y. (10/30/07) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.    The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    Either the undersigned movant or  Mark D. Gately , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.    **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.    We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Andrea W. Trento | Todd Anten |
| Printed Name | Printed Name |
| Hogan Lovells US LLP | Quinn Emanuel Urquhart Sullivan LLP |
| Firm | Firm |
| 100 International Drive, Suite 2000 | 51 Madison Avenue, 22nd Floor |
| Address | Address |
| Baltimore, MD 21202 | New York, NY 10010 |
| City, State, Zip Code | City, State, Zip Code |
| 410-659-2700 | 212-849-7000 |
| Telephone Number | Telephone Number |
| 410-659-2701 | 212-849-~~7961~~ 7100 |
| Fax Number | Fax Number |
| andrea.trento@hoganlovells.com | toddanten@quinnemanuel.com |
| Email Address | Email Address |