IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---

| | |
|---|---|
| FREDERICK E. BOUCHAT,<br><br>                Plaintiff,<br><br>- against -<br><br>NATIONAL FOOTBALL LEAGUE PROPERTIES, LLC and NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. and ELECTRONIC ARTS, INC.<br><br>                Defendants. | Case 1:11-cv-02878-MJG<br><br>**DEFENDANT ELECTRONIC ARTS INC.'S FRCP 7.1 AND LOCAL RULE 103.3 DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS** |

Defendant Electronic Arts Inc. ("EA"), a nongovernmental corporate party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a) and Local Rule 103(3) of the District of Maryland:

EA has no parent corporation, no affiliates, and no publicly held corporation owns 10% or more of its shares. No corporation, unincorporated association, partnership or other business entity, not a party to the case, has any financial interest in the outcome of the litigation.

Dated: New York, New York
December 12, 2011

                                              Respectfully submitted,

ROSENBERG | MARTIN | GREENBERG, LLP

/s/
Gerard P. Martin (00691)
gmartin@rosenbergmartin.com
Paul M. Flannery (28574)
pflannery@rosenbergmartin.com
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201
Tel: (410) 727-6600
Fax: (410) 727-1115

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (admitted *pro hac vice*)
lizmcnamara@dwt.com
Samuel M. Bayard (admitted *pro hac vice*)
samuelbayard@dwt.com
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340

*Attorneys for Electronic Arts Inc.*

TO: SCHULMAN & KAUFMAN, LLC
Howard J. Schulman
One Charles Street Center, Suite 600
100 N. Charles Street
Baltimore, MD 21201
(401) 576-0400

*Attorneys for Plaintiff*

4846-6555-1630, v. 1