IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>                Plaintiff,<br><br>  -against-<br><br>NATIONAL FOOTBALL LEAGUE PROPERTIES, LLC, et al.,<br><br>                Defendants. | Civil Action No. MJG-11-2878<br><br>**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANTS NFL PROPERTIES LLC AND NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules of the District Court for the District of Maryland, the undersigned counsel for Defendants NFL Properties LLC[1] and National Football League Properties, Inc. files this Disclosure of Affiliations and Financial Interests and states as follows:

**NFL PROPERTIES LLC** is a wholly-owned subsidiary of NFL Ventures L.P., a Delaware limited partnership, and is not publicly traded. NFL Ventures L.P. has the following additional subsidiaries: NFL Productions LLC; NFL International LLC; and NFL Enterprises LLC. None of the entities affiliated with NFL Properties LLC are publicly traded.

**NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.** is an entity that no longer exists—it was merged into the newly formed limited liability corporation NFL

---

[1] The Complaint incorrectly names "National Football League Properties, LLC" as a defendant—no such entity exists. This disclosure assumes that NFL Properties LLC is the intended named defendant.

Properties LLC on December 31, 2001.

The above entities are the only corporations, unincorporated associations, partnerships or other business entities, not parties to this case, that have a financial interest in the outcome of this litigation.

Dated: December 12, 2011
New York, New York

                                Respectfully submitted,

                                /s/ Mark D. Gately
Mark D. Gately (#00134)
mark.gately@hoganlovells.com
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2742 (Phone)
(410) 659-2701 (Facsimile)

   - and -

Robert L. Raskopf (*pro hac vice* pending)
robertraskopf@quinnemanuel.com
Todd Anten (*pro hac vice* pending)
toddanten@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (Phone)
(212) 849-7100 (Facsimile)

*Attorneys for Defendants NFL Properties LLC*
   *and National Football League Properties, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of December, 2011, a copy of the foregoing Disclosure of Affiliations and Financial Interests of Defendants NFL Properties LLC and National Football League Properties Inc. was filed via the Court's Electronic Case Filing System, and that all counsel of record are registered to receive service through such means.

                                           /s/ Mark D. Gately