# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman
Joseph S. Kaufman*
 (*1930 – 2009)
-------
Marie J. Ignozzi

Tel. (410) 576-0400
Fax: (410) 576-0544
www.schulmankaufman.com

February 15, 2012

The Honorable Marvin J. Garbis
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:  Bouchat v. National Football League Properties, LLC
           Case #1:11-cv-02878 MJG

Dear Judge Garbis:

     Please consider this a status report in accordance with the Court's Order of December 13, 2011 (Document No. 21).

     The parties are still discussing the resolution of this matter and would request an additional 30 days in which to report to the Court, i.e., by on or before March 15, 2012. Ms. McNamara concurs.

     Thank you.

                       Very truly yours,

                       /s/

                       Howard J. Schulman

HJS/hrk