```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

FREDERICK E. BOUCHAT             *

        Plaintiff         *

     vs.                         *   CIVIL ACTION NO. MJG-11-2878

NATIONAL FOOTBALL LEAGUE         *
PROPERTIES, LLC, et al.
                              *

        Defendants
*     *     *     *     *     *     *     *     *

## SECOND SCHEDULING ORDER

As discussed with counsel, the case shall proceed with an initial resolution of Defendants' contention that they are entitled to summary judgment on their "fair use" defense.

Accordingly:

1. Defendants may, but need not, take a deposition[1] of Plaintiff in regard to "fair use" issues.

2. Plaintiff may, but need not, take a deposition of a corporate representative in regard to "fair use" issues, so as to ascertain the nature of Defendants' uses of the work at issue and the nature of the compensation, if any, obtained by virtue of the uses.

3. Defendants shall file any summary judgment motion regarding the "fair use" defense by August 1;[2] Plaintiff shall respond by September 15 and Defendants may reply by October 1.

---

[1] The depositions permitted by this Order are limited to seven hours. Should summary judgment be denied, the parties will be afforded full discovery rights on all issues.

[2] All date references are to the year 2012, unless otherwise indicated.

4. The parties are free to agree to change the dates for motion briefing so long as all briefing shall be concluded by October 1.

5. By August 1, the parties shall provide a list of dates after October 15 on which counsel are available for a hearing on the summary judgment motion.

SO ORDERED, on Tuesday, June 19, 2012.

/s/
Marvin J. Garbis
United States District Judge

2