IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT                    *

                Plaintiff                *

        vs.                             *   CIVIL ACTION NO. MJG-11-2878

NATIONAL FOOTBALL LEAGUE                *
PROPERTIES, LLC, et al.
                                        *
                Defendants
*        *        *        *        *        *        *        *        *

THIRD SCHEDULING ORDER

As discussed with counsel, the case shall proceed as

follows:

1.   Defendants may, but need not, take a deposition[1]
     of Plaintiff in regard to "fair use" issues.

2.   Plaintiff may, but need not, take a deposition of
     a corporate representative in regard to "fair
     use" issues, so as to ascertain the nature of
     Defendants' uses of the work at issue and the
     nature of the compensation, if any, obtained by
     virtue of the uses.

3.   Defendants shall file any summary judgment motion
     regarding the "fair use" defense by August 15;[2]
     Plaintiff shall respond by October 1 and
     Defendants may reply by October 15.

4.   The parties are free to agree to change the dates
     for motion briefing so long as all briefing shall
     be concluded by October 15.

_____

[1]   The depositions permitted by this Order are limited to seven
hours.   Should summary judgment be denied, the parties will be
afforded full discovery rights on all issues.
[2] All date references are to the year 2012, unless otherwise
indicated.

     5.   A hearing shall be scheduled by further Order.

SO ORDERED, on <u>Friday, July 13, 2012</u>.


                    _____/s/_____
                      Marvin J. Garbis
              United States District Judge