IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------------------- x
FREDERICK E. BOUCHAT,

                Plaintiff,

    - against -

NATIONAL FOOTBALL LEAGUE
PROPERTIES, LLC and NATIONAL
FOOTBALL LEAGUE PROPERTIES,
INC. and ELECTRONIC ARTS, INC.

                Defendants.
------------------------------------------------------------- x

Case 1:11-cv-02878-MJG

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Electronic Arts Inc.,[1] NFL Properties LLC,[2] and National Football League Properties, Inc. (collectively "Defendants"), by their respective undersigned counsel, pursuant to Fed.R.Civ.P. 56, hereby move for summary judgment on all claims asserted against them in the Complaint. The grounds and authorities in support of this motion are set forth in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed herewith.

WHEREFORE, Defendants respectfully request that summary judgment be entered in their favor with respect to all claims asserted against them in the Complaint, and that they be awarded their costs, expenses, and such other and further relief to which they are entitled.

---

[1] The Complaint incorrectly names "Electronic Arts, Inc." as a defendant—no such entity exists. Defendants assume that Electronic Arts Inc. is the intended named defendant.

[2] The Complaint incorrectly names "National Football League Properties, LLC" as a defendant—no such entity exists. Defendants assume that NFL Properties LLC is the intended named defendant.

Dated: Baltimore, Maryland
August 15, 2012

Respectfully submitted,

ROSENBERG | MARTIN | GREENBERG, LLP

By: /s/
    Gerard P. Martin (#00691)
    gmartin@rosenbergmartin.com
    Paul M. Flannery (#28574)
    pflannery@rosenbergmartin.com

25 South Charles Street, Suite 2115
Baltimore, Maryland 21201
Tel: (410) 727-6600
Fax: (410) 727-1115

- and -

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (admitted *pro hac vice*)
lizmcnamara@dwt.com
Samuel M. Bayard (admitted *pro hac vice*)
samuelbayard@dwt.com
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 489-8230
Fax: (212) 489-8340

*Attorneys for Electronic Arts Inc.*

HOGAN LOVELLS US LLP

By: /s/
    Mark D. Gately (#00134)
    mark.gately@hoganlovells.com

100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2742 (Phone)
(410) 659-2701 (Facsimile)

- and -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert L. Raskopf
robertraskopf@quinnemanuel.com
Todd Anten
toddanten@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (Phone)
(212) 849-7100 (Facsimile)

*Attorneys for Defendants NFL Properties LLC
and National Football League Properties, Inc.*

4823-9206-3504, v. 1