IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------------------------------- x
FREDERICK E. BOUCHAT,           :
                                :   Case 1:11-cv-02878-MJG
        Plaintiff,              :
                                :
- against -                     :
                                :
NATIONAL FOOTBALL LEAGUE        :
PROPERTIES, LLC and NATIONAL    :
FOOTBALL LEAGUE PROPERTIES,     :
INC. and ELECTRONIC ARTS, INC.  :
                                :
        Defendants.             :
------------------------------------------------------------- x

## ORDER

Upon consideration of the Motion for Summary Judgment filed by Defendants Electronic Arts Inc., NFL Properties LLC, and National Football League Properties, Inc. (collectively "Defendants"), the Memorandum of Law in Support thereof, the Declarations in Support thereof with exhibits, any Response in Opposition thereto, and having heard any argument of counsel, and it appearing that, there are no material facts in dispute and that Defendants are entitled to judgment as a matter of law, it is this _____ day of _____, _____ hereby,

**ORDERED**, that Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED**, that summary judgment be entered in favor of the Defendants on all Counts of Plaintiff's Complaint.

 

_____
Marvin J. Garbis, Judge
United States District Court for the District of Maryland