IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>                Plaintiff,<br><br>-against-<br><br>NATIONAL FOOTBALL LEAGUE<br>PROPERTIES, LLC, et al.,<br><br>                Defendants. | Civil Action No. MJG-11-2878 |

## DECLARATION OF GARY GERTZOG

I, Gary Gertzog, hereby declare:

1. I am Senior Vice President Business Affairs and General Counsel of Defendant NFL Properties LLC ("NFLP"). Since I joined NFLP in 1994, my responsibilities have included business affairs and legal matters in a variety of commercial areas for the NFL including the development, licensing and protection of NFL and Member Club identified licensed products.

2. This declaration is filed in support of Defendants' motion for summary judgment. All facts set forth in this declaration are based upon my personal knowledge. If I were called upon to testify, I would testify competently to the facts set forth herein.

3. The NFL currently offers for sale certain "throwback" merchandise that features historic logos. However, the NFL does not offer for sale any "throwback" merchandise featuring the Flying B Logo. Further, for over a decade, the NFL has not offered for sale any "throwback" merchandise that features the Flying B Logo.

4. To the extent that any third parties are currently offering for sale "throwback" merchandise featuring the Flying B Logo, all such sales, to the best of my knowledge, are not authorized by the NFL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 15, 2012

_____
GARY GERTZOG