**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7185**

WRITER'S INTERNET ADDRESS
**robertraskopf@quinnemanuel.com**

October 24, 2012

Hon. Marvin J. Garbis
United Stated District Court District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   *Bouchat v. National Football League Properties, LLC, et al.*, **No. MJG-11-2878**
      *Bouchat v. National Football League Enterprises, LLC, et al.*, **No. MJG-12-1495**
      *Bouchat v. Baltimore Ravens Limited Partnership*, **No. MJG-12-1905**

Dear Judge Garbis:

We write in connection with Plaintiff's recent filing in the above-captioned actions. *See* MJG-11-2878 [DE 36]; MJG-12-1495 [DE 29]; MJG-12-1905 [DE 20]. Specifically, in all three actions, Plaintiff filed today what he has titled "Supplemental Exhibits in Opposition to Motion for Summary Judgment." Plaintiff does not acknowledge that the deadline for Plaintiff to file materials in opposition to Defendants' motions was October 1, 2012. Nor does he provide any explanation as to why he delayed nearly a month in submitting eleven documents from the 1997 action, all of which are more than a decade old. Nor did Plaintiff file a motion seeking the Court's permission to file supplemental exhibits.

Most significantly, however, Plaintiff provides no explanation as to how any of these "supplemental exhibits" are relevant in any way to Defendants' motions for summary judgment as to Defendants' fair use of the Flying B Logo in the specific uses at issue. Plaintiff does not indicate for which of his arguments these proposed exhibits are offered, nor how they could have any bearing on the Court's ultimate ruling as to whether the specific uses at issue are fair. In short, Plaintiff apparently seeks to admit without any basis 147 pages of "evidence" into the record from a separate case involving separate issues without providing any indication of how these exhibits are relevant to the inquiries now before the Court.

Accordingly, Defendants will respectfully assume that the Court will not admit these "supplemental exhibits" into the record of these actions, and Defendants will not respond to Plaintiff's proffered supplemental exhibits unless otherwise directed by the Court.

Respectfully submitted,

/s/

Robert L. Raskopf

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100