# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

| | |
|---|---|
| Howard J. Schulman | Tel. (410) 576-0400 |
| Joseph S. Kaufman* | Fax: (410) 576-0544 |
| (*1930 – 2009) | www.schulmankaufman.com |
| ------- | |
| Marie J. Ignozzi | |

November 2, 2012

Honorable Marvin J. Garbis
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    Bouchat v. National Football League Properties, LLC, et al.
             Case No: 11-cv-02878 MJG

             Bouchat v. National Football League Enterprises, LLC, et al.
             Case No: 12-cv-01495-MJG

             Bouchat v. Baltimore Ravens Limited Partnership
             Case No: 12-cv-01905-MJG

Dear Judge Garbis:

      In response to Mr. Raskopf's letter of October 24, 2012, Defendants are well aware of what the exhibits are as they reflect on their face that they are from the Joint Appendix in Case No. 08-cv-00397 and are derived from *Bouchat I*.   Defendants are further aware that these pages reflect, as they did in the prior cases, evidence that Bouchat's logo design had a value to Defendants.

                                            Very truly yours,

                                            /s/

                                            Howard J. Schulman

HJS/hrk