IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT, | Civil Action No. MJG-11-02878 |
| Plaintiff, | |
| -against- | |
| NATIONAL FOOTBALL LEAGUE PROPERTIES, LLC, et al., | **STIPULATION** |
| Defendants. | |

WHEREAS at the hearing on summary judgment on fair use in the above-captioned matter held on October 17, 2012, the Court asked Defendants to determine whether Defendant Electronic Arts Inc. ("EA") undertook the complained-of action, namely, the incorporation of the "Flying B Logo" into its *Madden NFL* video game "at some time since July 31, 2002" (*see* Complaint, paragraph 7) (the "*Madden NFL* Video Game"), pursuant to a license from Defendant NFL Properties LLC ("NFLP")[1];

THE PARTIES HEREBY STIPULATE that, while EA proceeded in good faith, the inclusion of the Flying B Logo by EA in the *Madden NFL* video game after July 31, 2002 was not done pursuant to a license from NFLP.

---

[1]   Although the complaint in this matter names "National Football League Properties, LLC" as a defendant, there is no such entity, and, as the Court acknowledged at the October 17, 2012 hearing, the actual name of the NFL entity in question is NFL Properties LLC.  Further, although the complaint also names National Football League Properties, Inc., this entity no longer exists, but rather was merged into NFLP prior to the filing of the complaint in this action.

1

Dated: New York, New York
        November 19, 2012

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
    Robert L. Raskopf
    Todd Anten
    Rachel E. Epstein

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: 212-849-7000

*Attorneys for Defendants NFL
Properties LLC*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Elizabeth A. McNamara
    Samuel M. Bayard

1633 Broadway 27th Floor
New York, New York 10019
Tel.: (212) 489-8230

*Attorneys for Defendant
Electronic Arts Inc.*