```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
```

FREDERICK E. BOUCHAT              *

       Plaintiff          *

    vs.                           *   CIVIL ACTION NO. MJG-11-2878

NFL PROPERTIES LLC, et al.        *

       Defendants         *

\*    \*    \*    \*    \*    \*    \*    \*    \*

<u>ORDER RE: CAPTION AND PARTY NAME CORRECTIONS</u>

Pursuant to the statements on the record of proceedings held on October 17, 2012:

    1.   The names of the Defendants are hereby corrected[1] as follows:

| <u>Correct Party Name</u> | <u>Name Previously Used</u> |
|---|---|
| NFL Properties LLC | National Football League Properties, LLC |
| National Football League Properties, Inc. | National Football League Properties, Inc.[2] |
| Electronic Arts Inc. | Electronic Arts, Inc. |

    2.   The Clerk shall change the docket to reflect the correct party names.

---

[1] These corrections have no substantive effect and are made <u>nunc pro tunc</u> to the date of filing the Complaint.

[2] This is the correct name.

      3.    The caption of the case shall be the caption used on this Order.

SO ORDERED, on <u>Monday, November 19, 2012</u>.

                                            /s/\
                                     Marvin J. Garbis\
                            United States District Judge