```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

FREDERICK E. BOUCHAT              *

       Plaintiff         *

   vs.                            *   CIVIL ACTION NO. MJG-11-2878

NFL PROPERTIES LLC, et al.        *

       Defendants        *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM AND ORDER RE: FAIR USE SUMMARY JUDGMENT

The Court has before it Defendants' Motion for Summary Judgment [Document 26] and the materials submitted relating thereto.  The Court has held a hearing and has had the benefit of the arguments of counsel.

In the Decision Re: Fair Use Issues issued herewith, the Court finds that the uses at issue in the instant case, uses in what are referred to therein as "the Game," do not constitute fair uses within the meaning of 17 U.S.C. § 107.  Therefore, Defendants are not entitled to summary judgment.

Accordingly:

    1.   Defendants' Motion for Summary Judgment [Document 26] is DENIED.

      2.    Chambers shall arrange a case planning conference, which can be attended by telephone, as promptly as practicable.

SO ORDERED, on <u>Monday, November 19, 2012</u>.

                                           /s/_____
                                        Marvin J. Garbis
                              United States District Judge