IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>        Plaintiff,<br><br>  -against-<br><br>NFL PROPERTIES LLC, et al.,<br><br>        Defendants. | Civil Action No. MJG-11-2878 |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, Defendants NFL Properties LLC and National Football League Properties, Inc. (collectively, "Defendants") respectfully submit this motion for summary judgment (the "Motion") on all claims alleged in the Complaint filed by Plaintiff Frederick E. Bouchat ("Bouchat") in Civil Action No. MJG-11-2878. As set forth more fully in the accompanying Memorandum in support of the Motion and Declaration of Gary Gertzog and accompanying exhibits, which are incorporated herein by reference, Defendants are entitled to summary judgment in this action because the undisputed facts establish that all of the alleged copyright violations of which Bouchat complains were not done pursuant to a license by Defendants.

Dated: January 10, 2013                 Respectfully submitted,

                                                    /s/
                                      Robert L. Raskopf (admitted *pro hac vice*)
                                      robertraskopf@quinnemanuel.com
                                      Todd Anten (admitted *pro hac vice*)
                                      toddanten@quinnemanuel.com
                                      Rachel E. Epstein (admitted *pro hac vice*)
                                      rachelepstein@quinnemanuel.com
                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

- 2 -

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (Phone)
(212) 849-7100 (Facsimile)

  - and –

Mark D. Gately (#00134)
mark.gately@hoganlovells.com
Andrea W. Trento (#28816)
andrea.trento@hoganlovells.com
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2742 (Phone)
(410) 659-2701 (Facsimile)

*Attorneys for Defendants NFL Properties LLC and National Football League Properties, Inc.*