**EXHIBIT A**

NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. 280 Park Avenue, New York, N.Y. 10017 • (212) 450-2000 • FAX (212) 681-7599

December 4, 1998

**RECEIVED**

LEGAL DEPT.

Mr. Thomas Riden
VF Knitwear, Inc.
4408 W. Linebaugh Ave. - PO Box 22041
Tampa, FL 33624

Dear Thomas:

You may be aware that an individual, Frederick Bouchat, sued NFL Properties and the Baltimore Ravens, claiming that three of his drawings were copied in connection with the development of the Ravens' logos. A few weeks ago, a jury found that NFL Properties and the Ravens did not copy two of these drawings, but did find that the Ravens' helmet logo was copied from this individual's work. We strongly disagree with the jury's verdict, which was inconsistent with the evidence presented at trial. As a result, we filed a motion to overturn the jury verdict, and we will appeal it if necessary.

Given the court's schedule, however, it is unlikely that we will have a final decision quickly enough to guide your development of Ravens product for the 1999 season. Because of the need to eliminate the uncertainty created by the timing of the court proceedings, we have no choice but to put the following requirements into effect immediately:

1) No designs using the Ravens' helmet logo will be approved until there is a final ruling by the court on our pending motion and any appeal. We suggest that you use another Ravens mark on product. You may not, however, use an alternate Ravens' mark on the helmet.

2) You must suspend all production of previously approved product bearing the Ravens helmet logo until you receive further notice from NFLP, or revise the design to use another Ravens mark and resubmit the design for approval.

3) If you have a product that absolutely requires use of the Ravens helmet logo, please let your licensing manager know immediately. You should not proceed with any production of such designs until further notice.

For your convenience, enclosed is a copy of the available Ravens designs that are approved for use on product, as contained in your Official NFL Style Guide.

We apologize for the inconvenience. We will report back to you within the next few weeks on how we will proceed with the Ravens helmet logo and appreciate your understanding and patience.

Sincerely,

NFL PROPERTIES, INC.

Susan Rothman
Senior Director – Consumer Products

Representing the Thirty-one Teams of Professional Football in Licensing, Marketing and Publishing

