**EXHIBIT B**

NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. 280 Park Avenue, New York, N.Y. 10017 • (212) 450-2000 • FAX (212) 681-7599


RECEIVED
LEGAL DEPT.



March 16, 1999

SP - Ravens
Rob
Paul
Teresa
Marlene
Rick
Ed
Angela

Mr. Thomas Riden
VF Knitwear, Inc.
4408 W. Linebaugh Ave. - PO Box 22041
Tampa, FL 33624

Dear Thomas:

As discussed in NFL Properties' letter to you of December 4, 1998, as expected, the appeal process in the case involving the Ravens helmet logo design has not been resolved as of this time. For reference, the lawsuit involves an individual who claims that NFL Properties and the Baltimore Ravens copied three of his drawings in developing the Ravens' logos. A jury found that NFL Properties and the Ravens did not copy two of these drawings, but did find that the Ravens' helmet logo which depicts a stylized "B" in a shield with spread wings (the "Winged Shield Logo") was copied.

As you may be aware, because of the need to eliminate uncertainty while the appeal process continues, the Ravens are developing a new helmet logo for the upcoming 1999 season. Consequently, because a new logo will be adopted and, pursuant to our previous letter, you should not have been producing product using the Winged Shield Logo, we require that all inventory containing the Winged Shield Logo be sold by March 31, 1999. After that date, you may not sell any product with the Winged Shield Logo.

While there have been some press reports on the Ravens' proposed new helmet logo, the new helmet logo has not been finalized and you should not proceed with developing any product with any helmet logo for the Ravens until we provide you with the final design.

Thank you for your cooperation.

Sincerely,

NFL PROPERTIES, INC.

Susan Rothman
Senior Director – Consumer Products

Representing the Thirty-one Teams of Professional Football in Licensing, Marketing and Publishing