**EXHIBIT C**

NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. 280 Park Avenue, New York, NY 10017 • 212-450-2000 • FAX 212-450-2009



March 18, 1999

Mr. Charles Suscavage
INTERSTATE BATTERIES
12770 Merit Drive, Suite 400
Dallas, TX 75251

Dear Charles:

As discussed in NFL Properties' letter to you of November 1998, as expected, the appeal process in the case involving the Ravens helmet logo design has not been resolved as of this time. For reference, the lawsuit involves an individual who claims that NFL Properties and the Baltimore Ravens copied three of his drawings in developing the Ravens' logos. A jury found that NFL Properties and the Ravens did not copy two of these drawings, but did find that the Ravens' helmet logo which depicts a stylized "B" in a shield with spread wings (the "Winged Shield Logo") was copied.

As you may be aware, because of the need to eliminate uncertainty while the appeal process continues, the Ravens are developing a new helmet logo for the upcoming 1999 season. Consequently, because a new logo will be adopted and, pursuant to our previous letter, you should not have been developing or activating promotions using the Winged Shield Logo, we require that all materials containing the Winged Shield Logo be used by March 31, 1999. After that date, you may not utilize any materials containing the Winged Shield Logo.

While there have been some press reports on the Ravens' proposed new helmet logo, the new helmet logo has not been finalized and you should not proceed with developing any materials with any helmet logo for the Ravens until we provide you with the final design.

Thank you for your cooperation.

Sincerely,

NFL PROPERTIES, INC.

David Freeman
Account Executive
Corporate Sponsorship

cc:   P. Guibault, S. Phelps, C. Weber



Representing the Thirty-one Teams of Professional Football in Licensing, Marketing and Publishing

NFLPD     1487