IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>        Plaintiff,<br><br>-against-<br><br>NFL PROPERTIES LLC, et al.,<br><br>        Defendants. | Civil Action No. MJG-11-2878 |

## NOTICE OF FILING OF EXHIBIT UNDER SEAL

Please take notice that Exhibit D to the Declaration of Gary Gertzog is being filed under seal pursuant to Local Rule 105.11.  I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail and by First-Class Mail on the following:

Howard J Schulman
Schulman and Kaufman LLC
One Charles Center
100 N Charles St Ste 600
Baltimore, MD 21201

Elizabeth A McNamara
David Wright Tremaine LLP
1633 Broadway 27th Fl
New York, NY 10019

Gerard Patrick Martin
Paul Martin Flannery
Rosenberg Martin Greenberg LLP
25 S Charles St Ste 2115
Baltimore, MD 21201

Dated: January 10, 2013

        /s/
Mark D. Gately (#00134)
mark.gately@hoganlovells.com
Andrea W. Trento (#28816)
andrea.trento@hoganlovells.com
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2742 (Phone)
(410) 659-2701 (Facsimile)

*Attorneys for Defendants NFL Properties LLC and National Football League Properties, Inc.*