**EXHIBIT E**













