IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK E. BOUCHAT,<br><br>                    Plaintiff,<br><br>   -against-<br><br>NFL PROPERTIES LLC, et al.,<br><br>                    Defendants. | Civil Action No. MJG-11-2878 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2013, true and correct copies of Defendants NFL Properties LLC's and National Football League Properties, Inc.'s Motion for Summary Judgment; the redacted version of the Memorandum of Law in Support of Defendants' Motion for Summary Judgment (the "Summary Judgment Memorandum"); the redacted version of the Declaration of Garty Gertzog (the "Gertzog Declaration"); and Exhibits A, B, C, and E to the Gertzog Declaration, were filed pursuant to the Court's electronic filing system, and that all counsel of record are registered to receive service of filings through such means.

I further certify that true and correct copies of unredacted versions of the Summary Judgment Memorandum and the Gertzog Declaration, as well as Exhibit D to the Gertzog Declaration, were filed under seal pursuant to Local Rule 105.11, and are being served by electronic mail and First-Class Mail on the following:

    Howard J Schulman
    Schulman and Kaufman LLC
    One Charles Center
    100 N Charles St Ste 600
    Baltimore, MD 21201

Elizabeth A McNamara
David Wright Tremaine LLP
1633 Broadway 27th Fl
New York, NY 10019

Gerard Patrick Martin
Paul Martin Flannery
Rosenberg Martin Greenberg LLP
25 S Charles St Ste 2115
Baltimore, MD 21201

                                  /s/
                                  Mark D. Gately (#00134)
                                  mark.gately@hoganlovells.com
                                  Andrea W. Trento (#28816)
                                  andrea.trento@hoganlovells.com
                                  HOGAN LOVELLS US LLP
                                  100 International Drive, Suite 2000
                                  Baltimore, Maryland 21202
                                  (410) 659-2742 (Phone)
                                  (410) 659-2701 (Facsimile)

                                  *Attorneys for Defendants NFL Properties LLC and National Football League Properties, Inc.*