# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

January 11, 2013

Howard J. Schulman, Esquire
Schulman & Kaufman LLC
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland   21201

Mark D. Gately, Esquire
Andrea W. Trento, Esquire
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, Maryland   21202

Elizabeth A. McNamara, Esquire
Samuel M. Bayard, Esquire
Davis, Wright & Tremaine LLP
1633 Broadway, 27th Floor
New York, New York   10019

Rachel E. Epstein, Esquire
Robert L. Raskopf, Esquire
Todd Anten, Esquire
Quinn, Emanuel, Urquhart &
   Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York   10010

Gerard P. Martin, Esquire
Paul M. Flannery, Esquire
Rosenberg, Martin & Greenberg LLP
25 S. Charles Street, Ste 2115
Baltimore, Maryland   21201

> RE:   Frederick E. Bouchat v. National Football League
>          Properties, LLC, et al.
>        Civil No. MJG-11-2878

Dear Counsel:

This is to advise you that, due to a scheduling conflict, I need to reschedule the settlement conference in the above referenced case from **Tuesday, February 19, 2013** at **10:00 a.m. to Monday, April 1, 2013 at 10:00 a.m.**   Please advise my chambers immediately if you will not be available at that time.

The same guidelines set forth in my letter of January 2, 2013 apply to this conference, including the requirement that you exchange a demand and offer prior to the conference, as detailed in that letter.  The new date for the submission of your ex parte letters to me is **Monday, March 18, 2013**.

<u>Frederick E. Bouchat v. National Football League Properties, LLC, et al.</u>
Civil No. MJG-11-2878
January 11, 2013
Page 2

 Thank you for your assistance in this matter.  I apologize for any inconvenience this may cause.

 Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

        Very truly yours,

        /s/
        Beth P. Gesner
        United States Magistrate Judge

cc: Judge Garbis