

27th Floor
1633 Broadway
New York, NY 10019-6708

**Samuel M. Bayard**
212.603.6489 tel
212.379.5239 fax

samuelbayard@dwt.com

January 17, 2013

**Via ECF**

Hon. Beth P. Gesner, United States Magistrate Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

RE: **_Bouchat v. National Football League Properties, LLC_, Civ. No. MJG-11-2878**

Magistrate Judge Gesner,

     I submit this letter on behalf of Electronic Arts Inc. ("EA"), defendant in the above-captioned matter. I notified your clerk last Friday that EA's corporate representative has a conflict on April 1, 2013, the date for the rescheduled settlement conference set forth in your letter to the parties dated January 11, 2013. At the request of your clerk, I have consulted with counsel for the other parties in this action and prepared a list of alternative dates on which all parties are available. Those dates are as follows:

     Wednesday, March 20
     Tuesday, April 2
     Monday, April 8
     Tuesday, April 16

     Please let me know if I can be of further assistance in this matter.

                         Respectfully submitted,

                         Samuel M. Bayard

SMB/lp
cc:    Howard J. Schulman, Esq. (via ECF)
       Elizabeth A. McNamara, Esq. (via ECF)
       Robert L. Raskopf, Esq. (via ECF)
       Todd Anten, Esq. (via ECF)
       Rachel Epstein, Esq. (via ECF)
       Mark D. Gately, Esq. (via ECF)
       Andrea W. Trento, Esq. (via ECF)
       Gerard P. Martin, Esq. (via ECF)
       Paul M. Flannery, Esq. (via ECF)

DWT 20950047v1 0058278-000021

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com