IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK E. BOUCHAT, | * | |
| Plaintiff | * | |
| v. | * | Case No. 11-CV-02878-MJG |
| NFL PROPERTIES, LLC, *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **RULE 56(e) AFFIDAVIT**

1. My name is Frederick E. Bouchat. I am the Plaintiff in this case. I have personal knowledge of the matters set forth. I am over 21 years of age. I am competent to testify.

2. I am submitting this affidavit in opposition to Defendants NFL Properties, LLC and National Football League Properties, Inc.'s motion for summary judgment.

3. I live in Baltimore, Maryland, and work as a security guard. I have not been employed by NFL Properties, LLC, National Football League Properties, Inc. or Electronic Arts, Inc. I have not had any personal contact with those entities. Thus, I neither have facts within my possession concerning whether NFL Properties, sent letters—identical to or similar to those reflected as Exhibits A, B and C to the Gertzog affidavit— to Electronic Arts or an agent of Electronic Arts, nor am I aware of any facts that my counsel has, nor do I have any facts within my possession concerning the approval process that NFL Properties has for any of its licensees. Thus, beyond those

facts stated in the Memorandum in Opposition, I do not have any facts within my possession to justify my opposition to the motion for summary judgment filed by NFL Properties, LLC and National Football League Properties, Inc. without an opportunity for discovery.

Pursuant to 28 U.S.C., § 1746, I affirm under the penalty of perjury that the foregoing is true.

Date: 1-28-13

Frederick E. Bouchat