IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FREDRICK E. BOUCHAT,

        Plaintiff,

  -against-

NFL PROPERTIES LLC, et al.,

        Defendants.

Civil Action No. MJG-11-2878

**STIPULATION AND [PROPOSED] ORDER**

    WHEREAS, Defendants NFL Properties LLC and National Football League Properties, Inc. (collectively, "NFLP"), filed a motion for summary judgment with this Court on January 10, 2013 ("Motion");

    WHEREAS, in his opposition, filed on January 28, 2013, Plaintiff submitted an affidavit from his counsel stating in part that "[m]y review of quality-control forms for non-video-game products leads me to believe that NFL Properties utilized control and oversight of the Madden Games video products before they were released to the public" [Doc. #52-2 at 2];

    WHEREAS, this is the first time Plaintiff has made such claims; and

    WHEREAS, NFLP requires additional time to investigate the bases of these claims;

1

THE PARTIES HEREBY STIPULATE AND AGREE by and between the undersigned counsel, that the time for NFLP to file a reply brief in support of its Motion is extended from February 14, 2013 to (and including) February 21, 2013.

| | |
|---|---|
| /s/ | /s/ |
| Howard J. Schulman (Bar No. 00129) | Robert B. Raskopf (*pro hac vice*) |
| Schulman & Kaufman, LLC | Quinn Emanuel Urquhart & Sullivan, LLP |
| 100 N. Charles St., Suite 600 | 51 Madison Ave., 22nd Floor |
| Baltimore, Maryland 21201 | New York, NY 10010 |
| (410) 576-0400 | (212) 849-7000 |
| *Attorney for Plaintiff* | *Attorney for Defendants NFL Properties LLC and National Football League Properties, Inc.* |

SO ORDERED, this _____ day of February, 2013.

_____
Hon. Marvin J. Garbis
United States District Judge